UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAINT AGNES MEDICAL CENTER;  )
DAMERON MEDICAL CENTER;      )
MARIN GENERAL HOSPITAL;      )
MADERA COMMUNITY HOSPITAL;   )
EMMANUAL MEDICAL CENTER;     )
SALEM HOSPITAL,              )
                             )
     Plaintiffs,             )
                             )
         v.                  )  Civil Action No._____
                             )
MICHAEL O. LEAVITT, Secretary )
Department of Health and Human Services )
200 Independence Avenue, S.W. )
Washington, D.C. 20201,      )
                             )
     Defendant.              )

## CERTIFICATE UNDER LCvR 26.1

I, the undersigned counsel of record for Saint Agnes Medical Center, Dameron Medical Center, Marin General Hospital, Madera Community Hospital, Emmanuel Medical Center, and Salem Hospital, certify to the best of my knowledge and belief, that there are no parent companies, subsidiaries or affiliates of Saint Agnes Medical Center, Dameron Medical Center, Marin General Hospital, Madera Community Hospital, Emmanuel Medical Center, and Salem Hospital which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                          Respectfully submitted,

_____
Erling Hansen (D.C. Bar No. 192708)
Law Office of Erling Hansen, Esq.
630 9th Street SW
Washington, DC 20024
(202) 554-5716
(202) 554-5761 (facsimile)
erlinghansen@verizon.net

_____
Thomas J. Weiss (CA SBN 63167)
Law Offices of Thomas J. Weiss
1901 Avenue of the Stars, Suite 1501
Los Angeles, CA 90067
(310) 788-0710
(310) 788-0735 (facsimile)
tweiss@weisslawla.com

COUNSEL FOR PLAINTIFFS
SAINT AGNES MEDICAL CENTER;
DAMERON MEDICAL CENTER;
MARIN GENERAL HOSPITAL;
MADERA COMMUNITY HOSPITAL;
EMMANUAL MEDICAL CENTER;
SALEM HOSPITAL

Date: May 2, 2006.