UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. AGNES MEDICAL CENTER, <u>et al.</u>, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0820 (PLF) |
| MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services, | ) |
| Defendant. | ) |

ORDER

Plaintiffs filed their complaint in this case on May 3, 2006. Local Civil Rule 5.1(e)(1) states that "[t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." Plaintiffs' complaint does not do so. Accordingly, it is hereby

ORDERED that plaintiff shall, on or before May 12, 2006, file an amended complaint that includes in the caption plaintiff's phone number and full residence address.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 5, 2006