UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT AGNES MEDICAL CENTER<br>1303 E. Herndon Avenue<br>Fresno, CA 93720<br>(559) 450-3000;<br><br>DAMERON MEDICAL CENTER<br>525 West Acacia Street<br>Stockton, CA 95203<br>(209) 944-5550;<br><br>MARIN GENERAL HOSPITAL<br>250 Bon Air Road<br>Greenbrae, CA 94904<br>(415) 925-7000;<br><br>MADERA COMMUNITY HOSPITAL<br>1250 East Almond Avenue<br>Madera, CA 93637<br>(559) 675-5555;<br><br>EMMANUAL MEDICAL CENTER<br>825 Delbon Avenue<br>Turlock, CA 95382<br>(559) 667-4200;<br><br>SALEM HOSPITAL<br>665 Winter Street, SE<br>Salem, OR 97301<br>(503) 561-5200<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary<br>Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06cv0820 (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

**NOTICE OF VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE**

The below-listed Plaintiffs, by and through their undersigned counsel, gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(i), that they hereby dismiss, with prejudice, all claims related to the below-listed cost report years:

| PLAINTIFFS | COST REPORT YEARS |
| --- | --- |
| St. Agnes Medical Center | 5/31/1993 |
| Dameron Medical Center | 12/31/1991 and 12/31/1992 |
| Emmanual Medical Center | 1/31/1992, 1/31/1993, 1/31/1994 and 1/31/1995 |
| Marin General Hospital | 6/30/0991, 12/31/1991 and 12/31/1993 |

These cost report years are not the subject of that certain Settlement Agreement between the Secretary of Health and Human Services and the Plaintiffs in the pending cases consolidated in the action In Re Medicare Litigation, Misc No. 03-0090, and these cost report years shall not be deemed to be "pending," as that term is defined in Paragraph 12 of such Settlement Agreement.

These cost report years are currently the subject of various claims pending before either the Provider Reimbursement Review Board or various Medical fiscal intermediaries. The dismissal in the present matter neither addresses nor precludes

any of the claims asserted by the Plaintiffs in these other matters. The Defendant has not yet filed an answer or motion for summary judgment.

Respectfully submitted,

_____/s/_____
Erling Hansen (D.C. Bar No. 192708)
Law Office of Erling Hansen, Esq.
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
(202) 969-8220
(202) 969-8224 (facsimile)
ehansen@adhlawfirm.com


_____
Thomas J. Weiss (CA SBN 63167)
Law Offices of Thomas J. Weiss
1901 Avenue of the Stars, Suite 1501
Los Angeles, CA  90067
(310) 788-0710
(310) 788-0735 (facsimile)
tweiss@weisslawla.com

COUNSEL FOR PLAINTIFFS
SAINT AGNES MEDICAL CENTER;
DAMERON MEDICAL CENTER;
MARIN GENERAL HOSPITAL;
MADERA COMMUNITY HOSPITAL;
EMMANUAL MEDICAL CENTER;
SALEM HOSPITAL

Date:   February 25, 2008.