UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ST. AGNES MEDICAL CENTER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-0820 (PLF) |
| | ) |
| MICHAEL O. LEAVITT, Secretary, | ) |
| Department of Health & Human Services, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of this Court will please enter the appearance of Peter Bryce and remove the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant in the above-captioned action.

Respectfully submitted,

/s/
PETER BRYCE
SHEILA M. LIEBER

Peter Bryce (NY and IL Bars)
Trial Attorney
United States Department of Justice
Civil Division, Rm. 7308
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 616-8335
Fax:  (202) 616-8470
E-mail: Peter.Bryce@usdoj.gov

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372