## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| SAINT AGNES MEDICAL CENTER<br>1303 E. Herndon Avenue<br>Fresno, CA 93720, | ) ) ) ) ) |
| DAMERON MEDICAL CENTER<br>525 West Acacia Street<br>Stockton, CA 95203, | ) ) ) ) |
| MARIN GENERAL HOSPITAL<br>250 Bon Air Road<br>Greenbrae, CA 94904, | ) ) ) ) |
| MADERA COMMUNITY HOSPITAL<br>1250 East Almond Avenue<br>Madera, CA 93637, | ) ) ) ) |
| EMMANUAL MEDICAL CENTER<br>825 Delbon Avenue<br>Turlock, CA 95382, | ) ) ) ) |
| SALEM HOSPITAL<br>665 Winter Street, SE<br>Salem, OR 97301, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:06cv820<br>) (PLF) |
| MICHAEL O. LEAVITT, Secretary<br>Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201, | ) ) ) ) ) |
| Defendant. | ) ) |

_____ )

## JOINT MOTION REGARDING CASE MANAGEMENT

1

Pursuant to this Court's Order of June 18, 2008, the parties hereto, through their respective counsel, submit this joint motion regarding case management.  In support thereof, the parties state as follows:

1.  By reason of the completed global settlement of the consolidated disproportionate share payment cases in *In Re Medicare Reimbursement*, Saint Agnes Medical Center  ("Plaintiff") remains the only Plaintiff of the original six in this particular case, and only for the 1990 fiscal period.

2.  Plaintiff has indicated that it wishes to amend the First Amended Complaint (docket entry #5).  Plaintiff has further indicated that it will circulate the proposed Second Amended Complaint to the Secretary ("Defendant") in order to ascertain Defendant's position regarding Plaintiff's proposed amendment.

3.  Accordingly, the parties propose to proceed with this action as follows:

4.  On or before July 16, 2008, Plaintiff will submit a proposed amended complaint limited to the 1990 fiscal period for Saint Agnes Medical Center.  Upon receipt of the proposed amended complaint,

Defendant will decide as promptly as practicable whether to consent to such amended pleading, and will so notify Plaintiff.

5.  After such notification, on August 4, 2008, Plaintiff will either file the amended complaint, with a proposed order permitting the amendment, or will move for leave to file the proposed amended pleading.

6.  Upon filing of the amended pleading, or the disposition of any motion to amend, the parties will jointly propose to the court a schedule of dates for responsive pleading, and for briefing of any motions.

Respectfully submitted,

_____
PETER BRYCE (Ill. Bar No. 06244216)

United States Department of Justice
Civil Division, Room 7308
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone:  (202) 616-8335
Fax:  (202) 616-8470
E-mail:  Peter.Bryce@usdoj.gov

_____
ERLING HANSEN (DC Bar No. 192708)

3

LAW OFFICE OF ERLING HANSEN, ESQ.
1025 Connecticut Avenue, NW - Suite  615
Washington, DC 20036
Telephone:  (202) 969-8220
Fax:  (202) 969-8224
E-mail:  ehansen@adhlawfirm.com

_____
THOMAS J. WEISS (Cal. Bar No. 63167)

WEISS & HUNT
1925 Century Park East, Suite 2140
Los Angeles, California  90067
Telephone:   (310) 788-0710
Fax:  (310) 788-0735
E-mail:   tweiss@weisslawla.com

4