UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAINT AGNES MEDICAL CENTER<br>1303 E. Herndon Avenue<br>Fresno, CA 93720,<br><br>DAMERON MEDICAL CENTER<br>525 West Acacia Street<br>Stockton, CA 95203,<br><br>MARIN GENERAL HOSPITAL<br>250 Bon Air Road<br>Greenbrae, CA 94904,<br><br>MADERA COMMUNITY HOSPITAL<br>1250 East Almond Avenue<br>Madera, CA 93637,<br><br>EMMANUAL MEDICAL CENTER<br>825 Delbon Avenue<br>Turlock, CA 95382,<br><br>SALEM HOSPITAL<br>665 Winter Street, SE<br>Salem, OR 97301,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary<br>Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06cv820<br>)  (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>ORDER</u>

Upon consideration of the parties' Joint Motion Regarding Case Management herein, it is hereby ORDERED:

1. On or before July 16, 2008, Plaintiff will submit a proposed amended complaint to Defendant. Upon receipt of the proposed amended complaint, Defendant will decide as promptly as practicable whether to consent to such amended pleading, and will so notify Plaintiff; and

2. After such notification but not before August 4, 2008, Plaintiff will either file the amended complaint, with a proposed order permitting the amendment, or will move for leave to file the proposed amended pleading; and

3. Upon filing of the amended pleading, or the disposition of any motion to amend, the parties will jointly propose to the court a schedule of dates for responsive pleading, and for briefing of any motions.

SO ORDERED.

_____
JUDGE PAUL L. FRIEDMAN
U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA