# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT AGNES MEDICAL CENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-0820 (PLF) |
| | ) |
| MICHAEL O. LEAVITT, Secretary Department of Health and Human Services, 200 Independent Avenue, S.W., Washington, D.C. 20201, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to F.R.C.P. Rule 15(a)(2) and LCvR 15.1, Plaintiff SAINT AGNES MEDICAL CENTER, by and through its undersigned attorneys, respectfully files this Motion for Leave to File Second Amended Complaint. In support of the instant motion, the court is respectfully referred to the accompanying Memorandum of Points and Authorities in Support of Second Amended Complaint and Declaration of Thomas J. Weiss.

The grounds for the motion are that plaintiffs other than Saint Agnes Medical

1

Center have dismissed their claims, pursuant to a global settlement, and plaintiff wishes to plead with more particularity the circumstances unique to this plaintiff's claims.

Accordingly, plaintiff requests that the court issue an order granting it leave to file the also accompanying Second Amended Complaint.

Defendant has not given its consent to the proposed filing.

          Respectfully submitted,


/s/_____
Erling Hansen (D.C. Bar No. 192708)
Law Offices of Erling Hansen, Esq.
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC  20036
(202) 554-5716
(202) 554-5761 (facsimile)
erlinghansen@verizon.net


/s/_____
Thomas J. Weiss (CA SBN 63167)
Weiss & Hunt
1925 Century Park East, Suite 2140
Los Angeles, California  90067
(310) 788-0710
(310) 788-0735 (facsimile)
tweiss@weisslawla.com

COUNSEL FOR PLAINTIFF
SAINT AGNES MEDICAL CENTER