UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAINT AGNES MEDICAL CENTER, | ) ) ) |
| Plaintiff, | ) No. 06-0820 (PLF) ) |
| v. | ) ) |
| MICHAEL O. LEAVITT, Secretary Department of Health and Human Services, 200 Independent Avenue, S.W., Washington, D.C. 20201, | ) ) ) ) ) |
| Defendant. | ) ) ) ) ) ) |

## DECLARATION OF THOMAS J. WEISS

I, THOMAS J. WEISS, declare and state:

1.      I am one of the attorneys for plaintiff St. Agnes Medical Center in Fresno, California.

2.      This action was consolidated with several others and captioned Medicare Reimbursement Cases, Miscellaneous No. 03-0090.  Pursuant to a global settlement with

1

the government, most of the claims of the many providers who were plaintiffs in these

consolidated actions were settled and dismissed. The government paid a lump sum to all

of the providers which dismissed their claims.

3.      One of the remaining unsettled claims was the claim of St. Agnes Medical

Center for the fiscal period 1990 only. This claim is all that remains of the original

claims in this action, No. 1:06-CV-00820.

4.      In June, 2008, my co-counsel Erling Hansen and I suggested to

defendant's counsel Peter Bryce that plaintiff would prefer to amend its complaint to

plead more specific details about its claim for fiscal period 1990. Mr. Bryce suggested

that plaintiff prepare a draft amended complaint and defendant would consider whether

or not to consent to such an amended pleading. Accordingly, a stipulation and proposed

order were submitted, which provided in pertinent part that plaintiff's draft complaint

would be submitted to defense counsel, that defendant would determine whether it

would consent to the amended pleading or not, and then notify plaintiff accordingly. If

the defendant decided not to consent, plaintiff would move for leave to amend, "After

such notification but not before August 4, 2008." (Proposed Order, Document 14-2, filed

6/30/2008, p. 2.)

5.      Mr. Hansen and I submitted the proposed amended complaint to Mr. Bryce

on or about July 15, 2008. In the days that followed, Mr. Bryce and I briefly discussed

the proposed amended complaint. Mr. Bryce told me that although no final decision had

been made by the government, he did not think defendant was likely to consent to the amended pleading. Since then, I have not received any written or oral communication to the effect that any final decision has been made by the government, but at this point I would infer that defendant's consent will not be forthcoming. Having in mind the filed stipulation and ensuing court order, plaintiff now makes its motion for leave to file a second amended complaint.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 12, 2008.

THOMAS J. WEISS